834

No. 75–1876. Stowers et al. v. Mahon et al. C. A. 5th Cir. Certiorari denied.

No. 75–1877. Skeen et ux. v. Valley Bank of Nevada. C. A. 5th Cir. Certiorari denied.

No. 75–1880. Title Guarantee Co., a Subsidiary of Pioneer National Title Insurance Co., et al. v. National Labor Relations Board. C. A. 2d Cir. Certiorari denied.

No. 75–1885. McDonald v. Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 75–1888. Brubrad Co. v. United States Postal Service. C. A. 2d Cir. Certiorari denied.

No. 75–1889. Pennsylvania et al. v. Interstate Commerce Commission et al. C. A. D. C. Cir. Certiorari denied.

No. 75–1890. Dimitri's Golden Star, Inc., et al. v. Arthur Treacher's Fish & Chips, Inc. C. A. 6th Cir. Certiorari denied.

No. 75–1891. Weinstock v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–1895. Dow Chemical Co. v. United Steelworkers of America, AFL–CIO–CLC, et al. C. A. 3d Cir. Certiorari denied.

No. 75–1898. Marine Engineers Beneficial Assn., Associated Maritime Officers, AFL–CIO v. Johnson et al. C. A. 6th Cir. Certiorari denied.